UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY JESSE PERRY, | Case No. 2:23-cv-00121-CDS-DJA |
| Plaintiff | **ORDER** |
| v. | |
| CORTHZUER WITNESS, et al., | |
| Defendants | |

On January 23, 2023, pro se plaintiff Zachary Jesse Perry, an inmate housed at the Clark County Detention Center, submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1).

**I.    DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. Special R. 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. Special R. 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments.

1    *See* 28 U.S.C. § 1915(b).

2    As explained above, Plaintiff has neither paid the full filing fee nor applied to

3    proceed *in forma pauperis*. The Court gives Plaintiff **until March 27, 2023,** to either pay

4    the filing fee or submit an application to proceed *in forma pauperis*.

5    **II.    CONCLUSION**

6    It is therefore ordered that Plaintiff has **until March 27, 2023,** to either pay the full

7    $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all

8    three required documents: (1) a completed application with the inmate's two signatures

9    on page 3, (2) a completed financial certificate that is signed both by the inmate and the

10   prison or jail official, and (3) a copy of the inmate's trust fund account statement for the

11   previous six-month period.

12   Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

13   Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

14   to refile the case with the Court, under a new case number, when Plaintiff can file a

15   complete application to proceed *in forma pauperis* or pay the required filing fee.

16   The Clerk of the Court is directed to send Plaintiff Zachary Jesse Perry the

17   approved form application to proceed *in forma pauperis* for an inmate and instructions for

18   the same and retain the complaint (ECF No. 1) but not file it at this time.

19

20   DATED this 26th day of January 2023.

21

22   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

- 2 -